CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
　　　San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
　　　San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mary Jo Kittok**, <br><br> Plaintiff, <br><br> v. <br><br> **Sierra Tahoe Vacation Resort Association,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No**. 2:15-CV-01621-JAM-AC <br><br> **ORDER** |

　　The court having read and considered Plaintiff's Notice of Errata hereby orders that **"including in October 2013"** on line 28 of page two be stricken; and thereby replaced with **"and attempted to stay in October of 2013."**

**IT IS SO ORDERED**

//

//

Date:   3/16/2016

1

1
2                              /s/ John A. Mendez_____ _____
3                          **UNITED STATES DISTRICT COURT JUDGE**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28